# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| James Styner | ) Case: 1:23-mj-00279 |
| DOB: XXXXXX | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 10/24/2023 |
| | ) Description: Complaint W/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 6, 2023 through September 28, 2023 in the county of _____ in the _____ in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2251(a),(e) | (Sexual Exploitation and Attempted Sexual Exploitation of a Child), |
| 18 U.S.C. § 2422(b) | (Coercion and Enticement of a Minor), |
| 18 U.S.C. § 1470 | (Transfer of Obscene Material to a Minor). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Matthew U. Lariccia*

*Complainant's signature*

Matthew Lariccia, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/24/2023

*Judge's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*