**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CRIMINAL NO. 24-cr-171-BAH** |
| **JAMES STYNER,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF DISCOVERY**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery from the 2nd Production, as outlined in the enclosed discovery letter.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: */s/ Jocelyn Bond*
Jocelyn Bond
D.C. Bar No. 1008904
Assistant United States Attorney
Federal Major Crimes
United States Attorney's Office for D.C.
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Jocelyn.Bond@usdoj.gov
Telephone: (202) 809-0793