U.S. Department of Justice
Matthew Graves
Acting United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C. 20530*

June 7, 2024

**VIA USAFX**

Elizabeth Mullin, Esq.
625 Indiana Ave NW
Washington, D.C. 20004
T: (202) 208-7500
elizabeth_mullin@fd.org

Re: Discovery Production Letter No. 2
*United States v. James Styner,* 24-cr-171-BAH

Dear Counsel:

I am writing to memorialize that Production 2 of discovery was provided to you via USAfx on June 7, 2024. The following materials were included in Production 2:

**On USAFX:**

- **FBI WFO File 41-159**
  - 305G-WF-3820816_0000041.pdf
  - 305G-WF-3820816_0000042.pdf
  - 305G-WF-3820816_0000042_1A0000019_0000001.zip
  - 305G-WF-3820816_0000043.pdf
  - 305G-WF-3820816_0000043_1A0000020_0000001.msg
  - 305G-WF-3820816_0000044.pdf
  - 305G-WF-3820816_0000044_1A0000021_0000001.pdf
  - 305G-WF-3820816_0000044_1A0000021_0000002.pdf
  - 305G-WF-3820816_0000044_1A0000021_0000003.pdf
  - 305G-WF-3820816_0000044_1A0000021_0000004.pdf
  - 305G-WF-3820816_0000044_1A0000021_0000005.pdf
  - 305G-WF-3820816_0000045.pdf
  - 305G-WF-3820816_0000046.pdf
  - 305G-WF-3820816_0000046_1A0000022_0000001.pdf
  - 305G-WF-3820816_0000047.pdf

- 305G-WF-3820816_0000047_Import.pdf
- 305G-WF-3820816_0000048.pdf
- 305G-WF-3820816_0000048_1A0000023_0000001.msg
- 305G-WF-3820816_0000048_1A0000023_0000002.msg
- 305G-WF-3820816_0000048_1A0000023_0000003.msg
- 305G-WF-3820816_0000049.pdf
- 305G-WF-3820816_0000049_1A0000024_0000001.pdf
- 305G-WF-3820816_0000050.pdf
- 305G-WF-3820816_0000050_1A0000025_0000001.pdf
- 305G-WF-3820816_0000051 - REDACTED.pdf
- 305G-WF-3820816_0000051_1A0000026_0000001.csv
- 305G-WF-3820816_0000052.pdf
- 305G-WF-3820816_0000052_Import.pdf
- 305G-WF-3820816_0000053.pdf
- 305G-WF-3820816_0000054.pdf
- 305G-WF-3820816_0000055.pdf
- 305G-WF-3820816_0000055_1A0000027_0000001.sh
- 305G-WF-3820816_0000055_1A0000027_0000002.txt
- 305G-WF-3820816_0000056.pdf
- 305G-WF-3820816_0000057.pdf
- 305G-WF-3820816_0000057_Import.pdf
- 305G-WF-3820816_0000058.pdf
- 305G-WF-3820816_0000058_Import.pdf
- 305G-WF-3820816_0000059.pdf
- 305G-WF-3820816_0000059_Import.pdf
- 305G-WF-3820816_0000060.pdf
- 305G-WF-3820816_0000060_Import.pdf
- 305G-WF-3820816_0000061.pdf
- 305G-WF-3820816_0000061_Import - REDACTED.pdf
- 305G-WF-3820816_0000062.pdf
- 305G-WF-3820816_0000062_Import.pdf
- 305G-WF-3820816_0000063.pdf
- 305G-WF-3820816_0000063_Import.pdf
- 305G-WF-3820816_0000064 - REDACTED.pdf
- 305G-WF-3820816_0000065.pdf
- 305G-WF-3820816_0000066.pdf
- 305G-WF-3820816_0000066_1A0000028_0000001.pdf
- 305G-WF-3820816_0000067 - REDACTED.pdf
- 305G-WF-3820816_0000067_1A0000029_0000001.csv
- 305G-WF-3820816_0000067_1A0000029_0000002.csv
- 305G-WF-3820816_0000067_1A0000029_0000003.csv
- 305G-WF-3820816_0000067_1A0000029_0000004.csv
- 305G-WF-3820816_0000068 - REDACTED.pdf
- 305G-WF-3820816_0000069.pdf
- 305G-WF-3820816_0000070.pdf
- 305G-WF-3820816_0000070_1A0000030_0000001.pdf

- 305G-WF-3820816_0000071.pdf
- 305G-WF-3820816_0000071_1A0000031_0000001.pdf
- 305G-WF-3820816_0000072.pdf
- 305G-WF-3820816_0000072_Import - REDACTED.pdf
- 305G-WF-3820816_0000073 - REDACTED.pdf
- 305G-WF-3820816_0000074.pdf
- 305G-WF-3820816_0000074_1A0000033_0000001.jpg
- 305G-WF-3820816_0000074_1A0000033_0000002.jpg
- 305G-WF-3820816_0000075 - REDACTED.pdf
- 305G-WF-3820816_0000075_1A0000034_0000001.pdf
- 305G-WF-3820816_0000075_1A0000034_0000002 - REDACTED.pdf
- 305G-WF-3820816_0000076.pdf
- 305G-WF-3820816_0000077.pdf
- 305G-WF-3820816_0000077_1A0000035_0000001.JPG
- 305G-WF-3820816_0000077_1A0000035_0000002.JPG
- 305G-WF-3820816_0000077_1A0000035_0000003.JPG
- 305G-WF-3820816_0000077_1A0000035_0000004.JPG
- 305G-WF-3820816_0000077_1A0000035_0000005.JPG
- 305G-WF-3820816_0000077_1A0000035_0000006.pdf
- 305G-WF-3820816_0000077_1A0000035_0000007.pdf
- 305G-WF-3820816_0000078.pdf
- 305G-WF-3820816_0000078_1A0000036_0000001.jpg
- 305G-WF-3820816_0000079 - REDACTED.pdf
- 305G-WF-3820816_0000080 - REDACTED.pdf
- 305G-WF-3820816_0000081 - REDACTED.pdf
- 305G-WF-3820816_0000081_1A0000037_0000001_PHYSICAL.pdf
- 305G-WF-3820816_0000082 - REDACTED.pdf
- 305G-WF-3820816_0000082_1A0000038_0000001.pdf
- 305G-WF-3820816_0000082_1A0000038_0000002.pdf
- 305G-WF-3820816_0000083 - REDACTED.pdf
- 305G-WF-3820816_0000083_1A0000039_0000001_PHYSICAL.pdf
- 305G-WF-3820816_0000084.pdf
- 305G-WF-3820816_0000084_1A0000040_0000001.csv
- 305G-WF-3820816_0000084_Import - REDACTED.pdf
- 305G-WF-3820816_0000085.pdf
- 305G-WF-3820816_0000085_Import.msg
- 305G-WF-3820816_0000086.pdf
- 305G-WF-3820816_0000086_Import.msg
- 305G-WF-3820816_0000087 - REDACTED.pdf
- 305G-WF-3820816_0000088 - REDACTED.pdf
- 305G-WF-3820816_0000088_1A0000041_0000001.pdf
- 305G-WF-3820816_0000088_1A0000041_0000002 - REDACTED.pdf
- 305G-WF-3820816_0000089.pdf
- 305G-WF-3820816_0000090.pdf
- 305G-WF-3820816_0000090_Import - REDACTED.pdf
- 305G-WF-3820816_0000091 - REDACTED.pdf

- 305G-WF-3820816_0000092 - REDACTED.pdf
- 305G-WF-3820816_0000093 - REDACTED.pdf
- 305G-WF-3820816_0000093_1A0000042_0000001.pdf
- 305G-WF-3820816_0000094 - REDACTED.pdf
- 305G-WF-3820816_0000094_1A0000043_0000001 - REDACTED.pdf
- 305G-WF-3820816_0000095.pdf
- 305G-WF-3820816_0000095_Import.pdf
- 305G-WF-3820816_0000096 - REDACTED.pdf
- 305G-WF-3820816_0000097 - REDACTED.pdf
- 305G-WF-3820816_0000098 - REDACTED.pdf
- 305G-WF-3820816_0000098_1C0000001_0000001_PHYSICAL.pdf
- 305G-WF-3820816_0000099 - REDACTED.pdf
- 305G-WF-3820816_0000099_1A0000044_0000001 - REDACTED.pdf
- 305G-WF-3820816_0000100 - REDACTED.pdf
- 305G-WF-3820816_0000101 - REDACTED.pdf
- 305G-WF-3820816_0000102.pdf
- 305G-WF-3820816_0000103 - REDACTED.pdf
- 305G-WF-3820816_0000104 - REDACTED.pdf
- 305G-WF-3820816_0000105.pdf
- 305G-WF-3820816_0000106 - REDACTED.pdf
- 305G-WF-3820816_0000106_1A0000049_0000001.pdf
- 305G-WF-3820816_0000107 - REDACTED.pdf
- 305G-WF-3820816_0000108 - REDACTED.pdf
- 305G-WF-3820816_0000109.pdf
- 305G-WF-3820816_0000109_Import - REDACTED.pdf
- 305G-WF-3820816_0000110.pdf
- 305G-WF-3820816_0000110_Import.rtf
- 305G-WF-3820816_0000111 - REDACTED.pdf
- 305G-WF-3820816_0000112.pdf
- 305G-WF-3820816_0000112_Import.pdf
- 305G-WF-3820816_0000113.pdf
- 305G-WF-3820816_0000113_Import.pdf
- 305G-WF-3820816_0000114 - REDACTED.pdf
- 305G-WF-3820816_0000115 - REDACTED.pdf
- 305G-WF-3820816_0000116 - REDACTED.pdf
- 305G-WF-3820816_0000117.pdf
- 305G-WF-3820816_0000118 - REDACTED.pdf
- 305G-WF-3820816_0000118_1A0000052_0000001 - REDACTED.pdf
- 305G-WF-3820816_0000119 - REDACTED.pdf
- 305G-WF-3820816_0000120 - REDACTED.pdf
- 305G-WF-3820816_0000121 - REDACTED.pdf
- 305G-WF-3820816_0000122.pdf
- 305G-WF-3820816_0000122_1A0000053_0000001.zip
- 305G-WF-3820816_0000123 - REDACTED.pdf
- 305G-WF-3820816_0000124.pdf
- 305G-WF-3820816_0000125.pdf

- 305G-WF-3820816_0000126 - REDACTED.pdf
- 305G-WF-3820816_0000127 - REDACTED.pdf
- 305G-WF-3820816_0000128.pdf
- 305G-WF-3820816_0000129 - REDACTED.pdf
- 305G-WF-3820816_0000130.pdf
- 305G-WF-3820816_0000130_Import - REDACTED.pdf
- 305G-WF-3820816_0000131 - REDACTED.pdf
- 305G-WF-3820816_0000132 - REDACTED.pdf
- 305G-WF-3820816_0000132_1A0000058_0000001_PHYSICAL.pdf
- 305G-WF-3820816_0000133.pdf
- 305G-WF-3820816_0000134.pdf
- 305G-WF-3820816_0000134_Import.pdf
- 305G-WF-3820816_0000135.pdf
- 305G-WF-3820816_0000135_Import.docx
- 305G-WF-3820816_0000136 - REDACTED.pdf
- 305G-WF-3820816_0000137 - REDACTED.pdf
- 305G-WF-3820816_0000138 - REDACTED.pdf
- 305G-WF-3820816_0000139 - REDACTED.pdf
- 305G-WF-3820816_0000140 - REDACTED.pdf
- 305G-WF-3820816_0000141.pdf
- 305G-WF-3820816_0000142.pdf
- 305G-WF-3820816_0000143.pdf
- 305G-WF-3820816_0000144 - REDACTED.pdf
- 305G-WF-3820816_0000144_1A0000065_0000001.pdf
- 305G-WF-3820816_0000144_1A0000065_0000002.pdf
- 305G-WF-3820816_0000144_1A0000065_0000003.pdf
- 305G-WF-3820816_0000145 - REDACTED.pdf
- 305G-WF-3820816_0000146 - REDACTED.pdf
- 305G-WF-3820816_0000147 - REDACTED.pdf
- 305G-WF-3820816_0000148.pdf
- 305G-WF-3820816_0000148_Import - REDACTED.pdf
- 305G-WF-3820816_0000149 - REDACTED.pdf
- 305G-WF-3820816_0000150.pdf
- 305G-WF-3820816_0000151 - REDACTED.pdf
- 305G-WF-3820816_0000152.pdf
- 305G-WF-3820816_0000153.pdf
- 305G-WF-3820816_0000154 - REDACTED.pdf
- 305G-WF-3820816_0000155 - REDACTED.pdf
- 305G-WF-3820816_0000156 - REDACTED.pdf
- 305G-WF-3820816_0000157 - REDACTED.pdf
- 305G-WF-3820816_0000158 - REDACTED.pdf
- 305G-WF-3820816_0000159 - REDACTED.pdf

- **Jail Calls – First Request**
  - Case#GJ2024015113598.zip

- **Jail Calls – Reverse Lookup**
    - Case No. 23-MJ-279.zip
        - Contains calls made to 562-341-XXXX and 562-844-XXXX
- **SEARCH WARRANT PHOTOGRAPHS.zip**
    - Contains 48 color photos
- [Signed] 23-sc-2163 SW Package.pdf
- 23-06318 Styner book photo.jfif
- iPhone Warrant and Affidavit.pdf
- iPhone Warrant.pdf
- SEARCH WARRANT ROOM LETTERS.pdf

In addition to the above materials, the United States is in possession of the video-recorded forensic interview of Minor Victim 1. You are welcome to schedule a time to view this forensic interview at the United States Attorney's Office at a mutually agreeable time. Please contact me directly to coordinate a time to view this video.

I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

Furthermore, the government is in possession of images and videos depicting the sexual abuse of children that were found on digital devices belonging to your client. Pursuant to 18 U.S.C. Section 3509, these materials must remain in the custody and control of the United States. If you would like to review these materials, please contact my office to arrange a mutually agreeable time to do so.

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Jocelyn Bond*

Jocelyn Bond
Assistant United States Attorney
Phone: (202) 252-2571
Email: Jocelyn.Bond@usdoj.gov