UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 24-cr-171-BAH
:
JAMES STYNER, :
Defendant. :

FILED
MAR 28 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, James Styner, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty.

### Statement of Facts

On September 15, 2023, Minor Victim 1, (hereinafter "MV1"), disclosed to law enforcement that an individual whom she had met online had "groomed" her by soliciting sexually explicit photos and videos from her. MV1, who was born in 2010, was 13 years old at the time she made this disclosure and explained that the term "groomed" meant "when you get taken advantage of by someone older than you or just someone in general when they take advantage of you and manipulate you into doing what they want." MV1 indicated that the individual who groomed her primarily utilized the platform Discord, with username Neo1984#0, to communicate with MV1. MV1 resided in Washington D.C. with her parents during the entire time in which Discord user Neo1984#0 was in contact with her. Further investigation determined that the defendant, JAMES STYNER, controlled the Discord user account, Neo1984#0. STYNER, who

1

was born in October of 2004, resided in Garden Grove, California, at all times during the conduct at issue in this case.

### Facts Relevant to Minor Victim 1 (Discord User "haruhiizm#0"):

A review of both MV1 and STYNER's Discord accounts confirmed that between approximately September 6, 2023, and September 29, 2023, STYNER regularly communicated with MV1, who was in Washington D.C., and directed her to send him sexually explicit photos and videos, which she did on numerous occasions. In addition, on two separate dates, STYNER shipped a total two sex toys, referred to as "dildos," to MV1's Washington D.C. home via Amazon delivery service, one of which was intercepted by MV1's mother. The Discord exchange between STYNER and MV1 include the following excerpts:

**September 6, 2023:**

    STYNER: can u record some nudes for me or maybe we can have e sex later

    MV1: Didn't i tell you I had to stop that and that it was illegal!!!

    STYNER: its not if its on call silly :p

    STYNER: and even if its vids u can unsend them :p

    STYNER: i didnt buy you the dildo for u not to send me vids of u using it sweetiepie

**September 7, 2023 4:22pm**

    STYNER: Look

    STYNER: Your dildo was delivered

    STYNER: It's sending

    STYNER: *[Sends a screenshot consistent with an Amazon order. The item ordered was titled "T-explorer Realistic Dildo" and was marked as "Delivered today" to "Princess, [MV1's DC address]".]*

2

**September 7, 2023 4:50pm**

    STYNER: Send a video to you playing with your clit

    STYNER: Like spread that shit for me

    STYNER: Finger it

    MV1: Nuh uh

    *[STYNER then threatened to "cancel it" (referring to something he bought for MV1).*

    *MV1 tells him to "do it" "I can buy it myself I'm ricj"]*

    STYNER: Was gonna give you $30

**September 7, 2023 6:04pm**

    STYNER: If u do it on call with me I'll order you the next size up ;)

    MV1: NOOO I'M TOO SCARED

    MV1: *[Sends a video depicting MV1 masturbating using a clear sex toy that is consistent with the appearance of the dildo STYNER sent in the above listed photo. MV1 is seen inserting the toy into her exposed vagina and pulling it out repeatedly.]*

    STYNER: Lemme see you ride it

    STYNER: Imma order you a large if I see you ride it k?

    MV1: Ok!

    MV1: *[Sends a video depicting MV1 standing the sex toy up before lowering her exposed vagina onto the toy and raising herself up again before repeating the actions.]*

**September 8, 2023 6:34pm**

    STYNER: Ordered you the next size up dildo :3

    MV1: Rreally?!? You don't have to!! And also my parents might find out!

    STYNER: No it's fine

3

>STYNER: I wanna see you ride a bigger one
>
>MV1: :DD
>
>STYNER: *[Sends a screenshot consistent with an Amazon order indicating that an order was placed. The item ordered was shipped to "Princess [MV1's DC address]" and appeared to be the same item as the prior dildo ordered.]*

**September 9, 2023 3:18pm**

>STYNER: Dildo should be coming Monday
>
>MV1: Woohoo!! I'll use it for you
>
>STYNER: Yeah you'll record anything I tell you to record with it
>
>STYNER: Anyways Where are you rn I'm horny and I want you to send nudes
>
>MV1: My grandma's house
>
>STYNER: Go touch urself in ur room Finger ur pussy Or use a brush :3
>
>MV1: I cant

STYNER and MV1 continued to communicate via Discord throughout September of 2023. On September 28, 2023, MV1's mother provided consent for law enforcement to take over MV1's Discord account. STYNER ended communication with MV1's account shortly thereafter.

Following a fulsome review of STYNER's Discord account, law enforcement determined that STYNER had communicated with approximately 45 other individuals throughout the United States and in other countries regarding his interest in sexually explicit material; some of those individuals have been confirmed to be minors. STYNER engaged in the conduct described below while physically present at his residence in Garden Grove, California, located in the Central District of California. This conduct includes the following:

4

**Facts Relevant to Minor Victim 2 (Discord User "dollybased#0"):**

Between approximately August 30, 2022, and May 7, 2023, STYNER communicated with Discord user "dollybased#0," hereinafter Minor Victim 2 ("MV2"), who self-identified herself as a 13-year-old-girl during their communications. STYNER began communicating with MV2 when he was 17 years old and continued after he became an adult. MV2, who was born in 2010, was between 12-13 years old at the time of the communications and resided with her family in Arizona at the time of the offense. STYNER solicited, but did not receive, sexually explicit material from MV2. In addition, STYNER sent MV2 three self-taken pictures of his erect penis and one self-taken video of his erect penis.

**Facts Relevant to Minor Victim 3 (Discord User thath0edani#0):**

Between approximately June 14, 2023, and July 30, 2023, STYNER communicated with Discord user "thath0edani#0," hereinafter Minor Victim 3 ("MV3"), who self-identified as a 13-year-old-girl in her communications with STYNER. MV3, who was born in 2010, was between 12-13 years old at the time and lived in California with her family. During their communications STYNER repeatedly asked for photos and videos depicting MV3 engaged in sexually explicit conduct. For example, on June 25, 2023, the following exchange occurred:

STYNER: Send a pussy pic rn...To show me ur listening.

MV3: *[Responded by sending a close-up image showing herself touching her exposed vagina with her fingers.]*

STYNER: Do what I say you little slut...Record the video...I want to hear you moan daddy...Fuck yourself.

MV3: *[Sent an image showing herself nude, laying in an empty bathtub, with her legs elevated exposing her vagina and breasts].*

5

MV3: Oh I'm still a virgin btw.

STYNER: Styner messaged "*Guess I'll have to take it*".

MV3: *[Sent an 11-second video showing herself nude, sitting on the floor with her legs spread and inserting her fingers into her vagina.]*

During the course of their communications, STYNER additionally sent MV3 a video of himself receiving fellatio from Discord user "mybloodyvalentin3#0," MV12, discussed further below. He also sent MV3 videos depicting himself engaged in masturbation.

### Facts Relevant to Minor Victim 4 (Discord Deleted User c79f7c8c#3810):

Between approximately September 4, 2023, and September 6, 2023, STYNER communicated with deleted Discord user "c79f7c8c#3810", hereinafter Minor Victim 4 ("MV4"), who self-identified to STYNER as a 13-year-old girl. MV4 was born in 2009 and resides in Florida. During their communications STYNER solicited and received self-produced sexually explicit material from MV4

### Facts Relevant to Minor Victim 5 (Discord User lolaluvly#0):

Between September 4-8, 2023, STYNER communicated with Discord user lolaluvly#0, hereinafter Minor Victim 5 ("MV5"), who self-identified to STYNER as a 13-year-old girl. MV5 is a minor female who resides in South Carolina. During their communications, STYNER solicited and received self-produced sexually explicit material from MV5.

### Facts Relevant to Minor Victim 6 (Discord User skibblerb#0):

Between July 7, 2022, and July 11, 2023, STYNER communicated with Discord user skibblerb#0, hereinafter Minor Victim 6 ("MV6"). STYNER began communicating with MV6 when he was 17 years old, and continued after he became an adult. MV6, who was approximately 15-16 years old, was born in 2007 and resided in California with her family at the time. During

their communications, STYNER solicited and received self-produced sexually explicit material from MV6.

### Facts Relevant to Minor Victim 7 (Discord User Puppykiki<3#8301):

Between approximately July 8, 2023, and August 3, 2023, STYNER communicated with Discord user Puppykiki<3#8301, hereinafter Minor Victim 7 ("MV7"), who self-identified to STYNER as a 14-year old girl. MV7, who was born in 2008, lived in Georgia with her family at the time. During their communications, STYNER repeatedly directed MV7 to send him sexually explicit images of herself. For example, the following exchange occurred on July 8, 2023:

> STYNER: what do you look like
>
> MV7: as in my face or body?
>
> STYNER: you can send both if you want...selfie and a full body pic
>
> MV7: *[Sent two images showing her laying on a bed with her vagina exposed and an image showing her on a bed, from behind, with her vagina and anus exposed.]*
>
> STYNER: send send send...also ur not allowed to send...# anyone...these videos...only me >:)...cuz im ur bf now...got that you little slut?"
>
> MV7: *[Sent a 28-second video showing herself sucking on a prosthetic sexual device.]*
>
> STYNER: Styner messaged "do u have one where ur...fucking ur pussy with that dildo...also such a shame...ill buy you a better one...a tentacle one that cums >:)".
>
> MV7: yea yea lemme go search for em *[Sent 18-second and 17-second videos showing herself inserting a prosthetic sexual device into her vagina].*

### Facts Relevant to Minor Victim 8 (Discord User *lvurliy#0*):

Between approximately August 6-29, 2023, STYNER communicated with Discord user lvurliy#0, hereinafter Minor Victim 8 ("MV8"). MV8, who was born in 2010, was approximately 13-years-old at the time of the communications and lived in North Carolina with her family at the time. During their communications STYNER repeatedly asked for photos and videos depicting

MV8 engaged in sexually explicit conduct. For example, on August 6, 2023, the following exchange occurred:

> STYNER: how old r u pup
>
> MV8: 14... sadly
>
> STYNER: I'm 18 ^_^ and daddy will take care of u
>
> ...
>
> STYNER: Do you have nudes of urself...or videos of you fucking urself...send them to daddy now
>
> MV8: *[Sent a 4-second video showing herself touching her bare breasts with her hands, a 6-second video showing herself pulling her bra down exposing her bare breasts, and an 11-second video showing herself pulling her shirt up exposing her bare breasts.]*
>
> STYNER: Do you have videos of you fingering that pussy...Just slide ur panties over insert a finger and record it that's all
>
> MV8: but I'm scareddd I've never done anything like that before
>
> STYNER: Styner messaged "Don't be scared...daddy will reward you for your bravery
>
> STYNER: show daddy what you recorded...Whore
>
> MV8: *[Sent a 12-second video showing herself pulling her shirt down exposing her bare breasts, a 16-second video showing herself pulling her shirt down exposing her bare breasts, and an 8-second video showing herself pulling her shirt down exposing her bare breasts and then showing her vagina]*
>
> STYNER: "See your pussy is fine:))...Ok so for the mega suprise record a video of you sucking ur fingers then touching ur pussy".
>
> MV8: *[Sent an 18-second video showing herself inserting her fingers into her mouth then rubbing her exposed vagina, a 20-second video showing herself inserting her fingers in her mouth then rubbing her exposed vagina, and a 26-second video showing herself inserting her fingers in her mouth then rubbing her exposed vagina.]*

In addition, Styner sent MV8 two images of his erect penis.

8

### Facts Relevant to Minor Victim 9 (Discord User pokii6141#0 and iloveeneo#0):

Between June 29, 2023, and October 11, 2023, STYNER communicated with Discord user pokii6141#0 and iloveeneo#0, hereinafter Minor Victim 9 ("MV9"). The user of the two above-listed accounts was later confirmed to be a minor female, born in 2008, who lived in California near to STYNER'S residence in Garden Grove, California. During the course of the communications, STYNER solicited and received self-produced sexually explicit material from MV9. On September 30, 2023, STYNER was arrested by the West Covina Police Department near MV9's home based upon allegations regarding his conduct toward MV9.

### Facts Relevant to Minor Victim 10 (Discord User ash._.tray#0):

Between April 24, 2022 and October 10, 2023, STYNER communicated with Discord user ash._.tray#0, hereinafter Minor Victim 10 ("MV10"). STYNER began communicating with MV10 when he was 17 years old and continued after he became an adult. MV10, who lives in California, was approximately 15-16 years old at the time of the communications with Styner. During their communications, STYNER solicited sexually explicit images from MV10, but did not receive any such images from her. STYNER also sent MV10 a video of himself receiving fellatio from Discord user "mybloodyvalentin3#0," MV12, discussed further below.

### Facts Relevant to Minor Victim 11 (Discord User s3r4phiic#0):

Between September 6, 2022, and September 19, 2023, STYNER communicated with Discord user s3r4phiic#0, hereinafter Minor Victim 11 ("MV11") who self-identified to STYNER as a 15-year old girl. STYNER began communicating with MV11 when he was 17 years old and continued after he became an adult. During their communications, STYNER solicited and received self-produced sexually explicit material. STYNER also sent MV11 two self-taken masturbation and ejaculation videos.

9

### Facts Relevant to Minor Victim 12 (Discord User mybloodyvalentin3#0):

Between October 18, 2022, and October 10, 2023, STYNER communicated with Discord user mybloodyvalentin3#0, hereinafter Minor Victim 12 ("MV12"). MV12, who was born in 2007, was approximately 15-16 years old at the time of their communications and lived in California near STYNER's Garden Grove, residence. During their communications, STYNER repeatedly solicited and received self-produced sexually explicit material from MV12. For example, on August 24, 2023, the following exchange occurred:

> STYNER: I wanna see all your fluids leak out of that slut hole of yours...Bitch...Youve been pissing me off so much I'm gonna fucking spit on you...Worthless trash".
>
> MV12: i csnt imma get caught
>
> STYNER: Okay...Just do what you're doing then whore
>
> MV12: *[Sent an 8-second video showing herself inserting her fingers into her vagina.]*
>
> STYNER: How bad you want me...Say it...I want to hear you say it you slut
>
> MV12: *[Sent a 6-second video showing herself touching her exposed vagina with her fingers.]*
>
> STYNER: Styner messaged "Fuck yourself...Stick something that's long deep inside there you bitch...You really call that fucking yourself...You're pathetic...I can fingerbang you faster than that...Go faster...Bitch...Get to recording
>
> MV12: *[Sent a 13-second video showing herself inserting her fingers into her vagina.]*
>
> STYNER: Go faster...You're pathetic
>
> MV12: *[Sent a 10-second video showing herself inserting her fingers into her vagina]*

In addition, STYNER obtained a 1 minute and 27-second video depicting MV12 and STYNER engaging in vaginal intercourse. STYNER later distributed this video to Discord user stuffief#0, an individual who was later identified as an adult female. STYNER also obtained a 52-

second video of MV12 performing fellatio on STYNER and later distributed this video to Discord users "thath0edani#0," (MV3) and "ash._.tray#0" (MV10).

Finally, between October 2, 2022, the date of his 18th birthday, and October 30, 2023, STYNER communicated with numerous additional Discord users, not listed above, some of whom self-identified as minors. In some of those chats STYNER solicited child sexual abuse material from the self-identified minors, some of whom responded by sending the sexually explicit images sought by STYNER. In addition, STYNER repeatedly sent other Discord users, including some who self-identified as minors, images of his genitalia.

Respectfully submitted,

EDWARD MARTIN
UNITED STATES ATTORNEY
D.C. Bar No. 481866

_/s/ Jocelyn Bond_
Jocelyn P. Bond
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I have read every word of this Statement of the Offense and reviewed it with my attorney. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crimes charged.

Further, I have discussed with my attorney Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence, which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. I knowingly and voluntarily waive the rights that arise under these rules in the event that I withdraw my guilty plea, withdraw from my Plea Agreement **after signing it**, or breach my Plea Agreement. I understand that, in such instances, the Government will be free to use against me, directly and indirectly, in any criminal or civil proceeding, any statements I have provided pursuant to the Plea Agreement, **after it is signed**, or after entry of the Plea Agreement, including any statements I made during proceedings before the Court pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 3/23/2025

James Styner
The Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and reviewed it fully with my client. I concur in my client's desire to agree to this Statement of the Offense as true and accurate.

Further I have discussed with our client Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence, which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. I have discussed with my client that, **by signing the Plea Agreement**, my client waives the rights that arise under these rules in the event my client withdraws his guilty plea, withdraws from the Plea Agreement **after signing it**, or breaches the Plea Agreement.

Date: 3/23/2025

Cameron Talley
Edward Ungvarsky
Attorney for the Defendant