












BISONS


B.R.A.I.N.


TROOP 670
ROUGHRIDERS
CYPRESS CA
Boy Scouts of America
UCI
STOP



























