<u>Exhibit 2</u> – Report of Dr. Boyd (submitted separately under seal)