Dear Judge Howell,

I hope this finds you in good health. I am writing to you about my sentencing. I sincerely apologize for my actions. I understand the severity of what I have done. I should've realized what I was doing was wrong to those online and in Person. I'd like to give my condolences to the girls who's lives I've forever changed because of my inability to realize the consequences of my heinous actions. I should've Realized that going through with these sexual encounters whether it seemed to me like they were okay with it was a severe mistake that I made.

Since going to jail I have had a lot of time to think and reflect upon my actions. I will never do this again. I will get the help necessary to make sure this doesn't happen again. I'll have a lot of time to think on how I'll do this but when I do get released I want to give back to society by applying to be a firefighter/volunteer firefighter. I have had this goal since I was in a community college class where I learned about drones which help in fighting wildfires in California.

The jail has treated me well so much so they trust me to be on detail. Though I am not certain where I will go after this.

I hope to go somewhere with programs to help me, and where I can be safe.

I'm truly sorry to the victims and my family. I regret all of the harm I caused. I hope to do better with my life.

Sincerely,
James Styner