5/29/25

The Honorable Beryl Howell
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Howell:

I am writing to you regarding James Styner, who is scheduled to appear before you for sentencing on June 27, 2025. I am James' father, and I am writing this letter on his behalf. My goal is to communicate how remorseful James is and how uniquely equipped he will be after his sentence to prevent other young people from making his mistakes and appearing before you for the same crimes. James has a national team who will help keep him on the right path and prevent others from making the same mistakes he has that will prevent others from inflicting harm to children.

My name is Randy Styner. I live in Garden Grove, California with my wife of 37 years, Terri. I hold a Bachelor of Science degree from Western Illinois University in biology and chemistry. For the last 25 years I have worked in the public sector, first as an environmental health regulatory inspector, and then as an emergency management professional. I am currently the Director of Emergency Management at the University of California, Irvine. Additionally, I am a part-time contractor for the Federal Emergency Management Agency, assisting with the evaluation of emergency response exercises for our nation's nuclear power plants. I am also a Veteran of the United States Marine Corps where I obtained the rank of Corporal and served in Operation Desert Shield and Operation Desert Storm with Bravo company, 3rd Tank Battalion as part of the 1st Marine Division, Task Force Ripper, the unit that led the allied assault into Kuwait. I am also a service-connected disabled veteran.

I want to begin this letter by acknowledging James' offence and his remorse. I have talked with him most days since his arrest, and I know he is remorseful and knows the terrible things he has done. But I want to state that I know that not only is he remorseful, but he wants to make amends. I work with many subject matter experts in the field of family safety, and I believe that working with these wonderful people, James can make a difference. He has already said he wants to insure what happened to his victims and to him does not happen to anyone else. You know as well as anyone the peril that young people in the online environment face every single day, and right now hundreds, if not thousands, of young men and women are following the same path that James did. We can help to prevent this. James is willing to tell his story (anonymously, as to protect him during incarceration, but honestly) as a cautionary tale that can be published in multiple online locations and forums. He wants to talk about what led him here, as well as actions he could have taken to prevent it, and the horrible impact this incident has had on his entire life. I believe that this act of bravery and atonement on his part could help to save many children from facing the same terrible consequences as him when they become legal adults and it can guide them to a better path. My point is, James wants to help. Remorse is not enough for him. He wants to help. And I want to help. The mistakes I made as a parent are also a cautionary tale that maybe I can make right by educating other parents, who, like me, are oblivious to the true threat their children are facing online. Perhaps his sentence can reflect his willingness to not just take responsibility in front of you, but in front of the world.

James lived with us at our home his entire life up until he was arrested. Having been with James his entire life, I was shocked and saddened by his arrest. While it was an incredibly traumatic experience for all of us, being held at gunpoint by no less than 15 fully armored FBI agents, I hold myself responsible for not being able to see what he was doing much sooner and to stop it. I was ignorant to the world he was getting involved in, and at the time, in my ignorance, saw places like Discord or Roblox, or numerous other online venues, as safe places for young people to collaborate and interact while playing games, etc. Since James' arrest I have come to recognize these sites for the incredibly dangerous places they are. I only wish lawsuits like the one now being brought against Discord by the New Jersey Attorney General had happened only a few years earlier, because maybe then I would have become more aware sooner of what sites like these really are, and how dangerous they are for young people, and maybe I could have taken steps to prevent James' crimes from occurring in the first place. But hindsight is always 20/20. We were always a very close and loving family and have always cared deeply for and looked out for each other, but in this regard, I failed my son.

James was always a very quiet and introverted child, very dependent on his parents, and through his life even up to now has exhibited maturity far below his age. He was always friendly to others but appeared almost fearful to approach other children to make friends. While he did have a small close friend group, he did not have many other social acquaintances. Growing up, he experienced hostility from many of his peers as well as some adults, and even got caught up in a case of online bullying against him that got so bad that we had to involve law enforcement to make it stop. He was a very sensitive, gentle, and caring child who would work to catch a spider and put it outside instead of stepping on it, something he in fact still did up until the day he was arrested. He was very smart and had an above average vocabulary as a very young child and we had very high hopes for him and his ability to navigate life. But very early on we could see that he was having difficulty. He had a very hard time focusing and paying attention and was very socially awkward. By 5 years old he was diagnosed with ADHD by his pediatrician, and was given medication to help him focus. While this did help him to a small extent with his schoolwork (although he was never a 'great' student), it did little for his social awkwardness and ability to make social connections. As he got older the ADHD also impacted his impulse control, and at times he got in trouble for being intrusive to others, speaking out in class, or not paying attention where he should have been.

To try and give James some guidance and something positive to focus on, I enrolled him in Cub Scouts when he was in 5th grade. In the Webelos, he achieved all his tasks, eventually earning the Arrow of Light, and upon graduating grade school he joined a local Boy Scout troop, Troop 670. While it was sometimes difficult to get him motivated to attend Scouts, he participated a great deal, and, after a fair amount of prodding, eventually earned his Eagle Scout rank. His Eagle project was to purchase supplies for, assemble, and distribute Stop the Bleed kits for the University of California, Irvine. James was also active in participating in the Eagle projects of many other Scouts, and he has been active in training others on bystander rescue care and first aid. Prior to his arrest, and away from his online behavior, James was outwardly trying to be a good citizen and had gotten a job and was attending junior college, working on a certification in autonomous systems development from Fullerton College. He had hoped to someday attend the University of California and was actively considering joining the Navy in the military tradition of his family, including me (Marine – Desert Storm), his grandfather (Navy – Korean War era), his great grandfather (Navy – WWII, USS Pennsylvania), and his great, great grandfather (Army – Roughrider, Spanish American War).

As you are aware, in early 2020, the COVID-19 pandemic changed all our lives, forcing us into two years of intense isolation. For James, I believe this period was integral to his fate. Like so many other youths of the time, and at an age where most people should have been figuring out and solidifying their social interactions

with others in the real world, while suffering from loneliness and isolation, and dealing with what was not only his now largely untreated ADHD, but also with his undiagnosed autism, he found solace in the online world. He found a place where he couldn't be physically threatened or bullied anymore and could present himself any way he wanted. For him, this was a place of freedom – but unbeknownst to all of us, it was also a place of extreme danger. Immersed in the hyper-sexualized environment of the online video game and social media culture where sexist and misogynistic attitudes prevail and one's worth is based only on "likes", "friends", and how one integrates into the culture, he, like so many others, became addicted. Now with a clear understanding of it, I am not surprised that this could have happened to him or his victims, and I am greatly saddened that what happened to his victims has assuredly happened to countless nameless others since him, and is surely happening to children right now, even as we speak. All while the platforms that make this environment possible are held unaccountable.

Please do not get me wrong, your Honor, I am not downplaying the guilt of my son nor his responsibility. My son has admitted to being guilty on all counts against him. You may have even seen how the final realization of that affected me sitting in your courtroom watching him as he plead guilty. I was crushed and I was horrified. Horrified my son, the boy I loved and cared for, and for whom I would have given my life for, could have done such a horrible thing. More so, I was and am still horrified for these young girls whom he victimized with his terrible actions, and I pray for them constantly. Yes, one could argue that there were mitigating factors for what he did, but I know that does not change what he did, does not change the impact and harm his actions had on those girls, nor does it change the fact that he must now be held accountable for it. That being said, I believe that were he not forced into such a situation through COVID, and if I had been paying closer attention, we would not be here today. These behaviors began when he was but a child and unfortunately continued until very shortly after he became a legal adult. I do not believe James is a pedophile, a belief supported in his psychological evaluation by Dr. Sara Boyd, and I do not believe he is a further threat to society. I know he is remorseful, and although I don't think he really understood it or meant to do it at the time, I know he now understands that he really hurt people. His victims, their families, his parents, society, and everyone who cares about him - even as they now continue to support him. His mother and I still support him and love him, despite our disappointment and anger, and long for the day when he can come home and begin his rehabilitation.

We are two people in what to my surprise and gratitude became a very tight perimeter around James. A perimeter made up of many good people who want to give him a chance, and want him to succeed, and believe he is a good person who did a terrible thing that they know he will never do again. I believe that too. Despite the guilt and shame and no small measure of the exposure to the horrible things he has experienced while incarcerated (including being physically assaulted, bullied, and witnessing at least two stabbings), he has grown as a person in custody. Yet he has somehow managed to hold onto his youthful countenance and mannerisms. He has voluntarily tried to contribute to his fellow prisoners through his participation in prison detail duties, he has cooperated with the guards, stayed out of serious trouble, and has learned empathy for his fellow inmates. He is still a loving young man trying to come to terms with it all, something that I know is very difficult for him. But also, he has had time to think and knows what he did and has accepted the consequences of it.

The last time I saw you, James stood before you and accepted those consequences through his guilty plea. He did that because he is guilty, and he knows that. I believe in the justice system and the necessity of prison, as does he. But I also know people can recover, and that with the right support rehabilitation is possible. James is accountable, and therefore I know he can be rehabilitated. I pray that means something. Please consider all

of this when you pass sentence on him. I know he will accept whatever sentence you give him, but I beg for your mercy and pray that you will issue him a minimum sentence that will give him the opportunity to regain his course in life as soon as possible, to make amends to his victims, to grow as a man, and to become the contributing member of society we all know he can be. And maybe he can also help keep this from happening to others. He very much wants to - and he will have the opportunity to do so. This is something all his supporters know he can achieve as we rally around him and pray for him. He has an extensive support system, and I swear we will not let him or you down.

I greatly appreciate your time and consideration. Please do not hesitate to reach out to me if I can be of further assistance.

Humbly submitted,

Randy Styner

Randy Styner

714-401-4256