5/29/25

The Honorable Beryl Howell
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Honorable Judge Howell,

I am the mother of James Styner who is scheduled to appear before you in court on June 27, 2025. I have worked for the County of Orange Health Care Agency as an administrator for the last 20 years. Currently, I work with community members and county providers to plan, implement and oversee behavioral health programs within our county to assist veterans and their families, those experiencing homelessness, LGBTQ individuals, and other underserved individuals. At the beginning of my county career, I worked with the Proposition 36 collaborative drug court to refer clients to contracted drug treatment programs. Prior to that I worked for 12 years at a group home and foster family agency helping to place minors into supportive group homes and providing counseling services. I received my undergraduate degree in psychology at Western Illinois University and my master's degree in social work from the University of Southern California. I have found a way to serve our most vulnerable community members, and I am proud of the work that I have done.

My husband and I have been married for 34 years. We married young while my husband was in the Marine Corps. He served honorably as a tank crewman in Desert Storm and left the military after his tour was complete. He struggles with PTSD due to combat trauma and has worked bravely in both group and individual therapy to address his symptoms. We didn't know if we could get pregnant, but we focused on higher education, buying a home, and in building our life together. James came later in our lives after much planning and is our greatest blessing and privilege.

James was always a sweet, sensitive and smart child. He would cry if he was yelled at, so we focused on stating clearly and calmly what he needed to do. He loves books and could "read" to us from memory all of his favorites. He adores animals and his first word was "bobbie" trying to say doggie when our scottie dog would come around him, mostly when he was eating! He attended the same daycare since he was 18 months old, loved the caring staff and did well with the routine and familiar, supportive environment. The staff had concerns about his sensitivities, crying, and difficulty calming down, and suggested we have him tested when he was 3 years old. He tested very high in his verbal abilities, but noted that he was aloof and expressed little excitement. Since he was comfortable at his daycare, we decided to have him

attend their small, private kindergarten. Being born in October, James started kindergarten before he was 5 years old. Upon graduation from kindergarten, he was still younger chronologically and emotionally than the other children and I thought that perhaps he should retake kindergarten at our public school. The staff felt that he would be bored if he redid kindergarten, so he started first grade at our local public school.

In public first grade with a larger classroom and many more students, his teacher noticed that he had trouble writing, focusing on tasks, staying in his chair and maintaining physical boundaries with his classmates. He would try to sit next to his friends and even in their laps. He was not bullying or mean, but intrusive. She suggested we have him evaluated and he was diagnosed with ADHD. Due to his symptoms affecting his learning and grades, he started daily medication, Metadate, at the end of first grade. The medication helped tremendously with his concentration, boundaries, and focus. Though he still struggled with writing, reading, and math, he started tutoring several times a week and this continued until he graduated from high school. A 504 plan was developed for him each year to make accommodations for his needs due to his disability and they helped him stay on track in the classroom. He received several awards for his "Responsibility for Behavior" which are like good citizenship awards and had no disciplinary problems. He joined the chess club, and his tutors found he had an aptitude for coding, robotics, and computers. We were happy that we could provide him a computer and an iPad like they used in his school and the enrichment computer, space and robotics classes that he enjoyed. We didn't know how dangerous and addictive these electronic devices could be, even with the parental computer blocks on.

James has always been quiet in social situations despite testing high on his verbal skills, is easily startled by loud noises, is uncomfortable with crowds, strong smells, and noise and has trouble with transitions. We always suspected he was on the autism spectrum. We vowed that we would give him all the support that he needed to do well. James has only a small group of friends from his daycare days that he felt comfortable with, and we fostered these relationships and became good friends with their parents. As social interactions became more complex and prone to cliques, the junior high principal noted that James would avoid the cafeteria and sit alone with his cell phone playing games at lunch. He started attending counseling at his school to address his social anxiety and to build his social skills. He made the honor roll and joined the Dungeons and Dragons Club which he enjoyed.

To further address and broaden his social skills, my husband enrolled him in Boy Scouts since he liked the outdoors, and we would go camping frequently. With the guidance of the older scouts, scoutmasters and my husband, James completed all his Webelo requirements, met the Arrow of Light guidelines to advance in the Boy Scouts, and became an Eagle Scout in 2022. This was a huge accomplishment, and he was so proud of his medically based Eagle project and

the support he received from his Scoutmasters and his community. His grandfather was a surgeon and James always looked up to him in awe due to his accomplishments with Advanced Trauma Life Support.

James was partly though his sophomore year in high school when the shelter in place began due to the COVID -19 pandemic in March 2020. At the time, his grades were stable, and he had never been in any trouble in school. The only time the principal called us was to report that James had been cussed at and bullied by a teacher during PE class. James didn't report it, but other classmates who were there, did. James is passive and avoids conflicts, so I am not surprised that he didn't report it. Almost immediately after, all his classes and tutoring moved online. He spent almost his entire Junior year with online courses, online tests and online homework. His school and personal life was now only in front of a screen. He had no in -person contact with youth his own age for almost two years. He was only 15 years old, and this is when he began to reach out to teenage females on the online Discord platform. Both my husband and I were extremely privileged to be able to work from home during this time. We knew it would be hard on James having his whole routine upended, but we never realized what could happen while he was spending his days in front of the computer. He played games on Discord with friends, and we thought that he at least had a social outlet since he was stuck at home all day with his parents. We were able to have lunch together most days and watched movies together in the evenings. We didn't know that at night, he was pressuring girls for sexually explicit videos and pictures.

In 2021, he became more withdrawn and noted that he was sad and depressed. My sister and brother, his aunt and uncle, both passed away during this time and we attributed it to this, his isolation, and perhaps his medication cessation. He had stopped taking his medication while attending online courses and we agreed to this since he didn't have the distractions of a large school and classrooms, his grades were stable, and he was very thin while taking the medication. We wanted to check with a doctor on differing medications, and he began seeing a therapist via Zoom for his depression. We thought that things would get better for James in 2022 when he went back to school, finished out his senior year, and began college courses in autonomous systems. Unfortunately, they only got worse as he continued to reach out to girls, pressure them for pictures and videos and to meet him for sexual encounters and continued this behavior even after he turned 18.

Throughout school, James always tried so hard to please us and to fit in. He had to be prodded, encouraged and have a set routine, but he took the college preparatory course work, did his homework, attended tutoring several times a week and graduated at 17 with a 3.2 grade point average in 2022. I believe that this need to please us and his shame kept him from telling us the truth about what he was doing, and this secret increased his anxiety and depressive

symptoms. We had no idea that he was having inappropriate interactions at night online with young girls until he was arrested. We didn't know that Discord, which is being sued by the State of New Jersey, exposes young people to sexually explicit and misogynistic content which can be addicting and damaging to youth. As children of the 80's and with my work with addiction programs, and the Fentanyl crisis, our biggest concern for our son was that he would misuse and become addicted to drugs and/ or alcohol. That was what was on our radar. We didn't know the dangers of the content on gaming sites. The internet was not part of our experience in our formative years, and we failed to imagine what could come out of it. We thought that if he was at home with us, he was safe. If his grades were ok, he was ok. We were wrong. We tried so hard to give him the tools he needed to succeed, but we failed him greatly. If we could all go back and relive that time, we would do better, now that we know better.

As a mother and a woman, I am shocked and ashamed of James behavior. It is completely out of character with the quiet and passive boy we know. I feel deeply for the young girls that he hurt and victimized and for their parents, as they are victims of all of this, too. There is no greater pain than having your child in danger. There is no excuse for how he treated these girls and for what he did. James feels great shame about what he has done and knows that his actions were wrong, but he stated that once it started, he had a hard time stopping. He knows that the arrest just after he turned 19, forced him to stop and think about what he had done and we are grateful for that. It was much like an addiction for him. He feels remorse for what he has done to these girls and for the anguish we are going through because of it and has said he will not repeat this behavior.

James has accepted responsibility for his actions and will comply with whatever the court requires of him. He has accepted the prosecutor's plea deal, one that I feel is exceedingly harsh for an immature young man of 20. These laws are harsh, as they should be for grown men, pedophiles, who specifically prey on young children. However, they don't feel as just and don't seem to capture the spirit of the law when applied to young men still in their teens. Especially for a young man with the many mitigating circumstances that James has. He is young, and as stated in his psychological evaluation with Dr. Boyd, he is not a pedophile. His brain is not yet fully developed, and many studies note that the young adult brain functions more like an adolescent brain than an adult brain when it comes to impulse control vs immediate rewards and reasoning. He is a good kid, with a kid brain, who made very bad choices that hurt others. This, along with our family's grief and loss, COVID social isolation, majority online interactions and influence, ADHD impulse control and his spectrum symptoms of socially immature and awkward behavior, along with not fully comprehending social norms, was the perfect environment for disaster.

I ask for your mercy and that you please take all of this into consideration and sentence him in a way that is developmentally and age appropriate. We know that he will go to prison for at least 10 years, which is half of the time he has been on this earth. Serving more time than that seems purely punitive. We fear for his wellbeing and safety every day. While incarcerated James has experienced things he has never encountered before. He has witnessed a stabbing and was punched in the face by a cell mate, receiving a black eye. Please know that during his incarceration and upon his release, James will continue to receive our love and support. We know that with court supervision, probation monitoring, therapy, medication, and family and community support James will grow into a man that he and society can be proud of.

Please feel free to contact me for any follow up. My phone number is 714-514-3979.

Thank you,

*Terri Styner, MSW*

Terri Styner