April 25, 2025

The Honorable Beryl Howell
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Howell:

I am writing to you on behalf of James Styner, my nephew. I am a site manager of a resort in Hawaii, and a former high school teacher of 17 years. And have two Master Degrees in teaching at Brown University and Education at California State University. I know he has pled guilty to several sex crimes involving minor girls and is scheduled to appear before you for sentencing. I have known James since he was born, and I was designated as his godfather. I visited with him and talked with him on the phone and online on a regular basis. He came out with his parents to visit me in Hawaii. After he graduated, I offered to have him come live with me in Hawaii to work with me, to help him get out of the isolated immaturity I saw.

James has always struck me as a good person, and I was sorry and disappointed to hear about these grave crimes he pled to. I was also surprised, because this seems out of character for James. I would like to talk about the James I know.

James had always been a good-natured boy. From an early age he has had a keen interest in technology, and since I was a computer science teacher, he often reached out to me for help. I helped him build his first computer. James was always a quiet, even shy boy. But he had good friends at school. A very proud moment for James was he reached the rank of Eagle Scout with the Boys Scouts of America, and his Eagle Scout project was creating a "Stop the Bleed" kit designed to save lives just like his grandfather who was a highly-respected surgeon. He was really blooming into a sweet young man, I felt.

Unfortunately, this changed with the COVID lockdown. The lockdown occurred during his Sophomore and Junior years of high school, very important years in the social development of young people. He spent more and more time alone in his room, and sometimes would not even come out to see me when I would come to visit. I think in the isolation of the internet, he yielded to temptation and objectified the girls he interacted with. I believe he was very immature for his age. It is hard to say, but his behavior was very different from the quiet, shy, friendly nerdy kid I knew.

I have talked to James and to his parents about his current state. From our conversations, James now knows just how inappropriate and damaging his actions were, and he feels

deep regret. I feel he is deeply remorseful and realizes just how bad his behavior was. Through it all his parents have been steadfast in their support, and will continue to support him throughout his detention and release. No one condones what James had pled to, but I believe the transformation I saw in James was like addictive behavior of a socially isolated boy immature for his age who lost his way

I will continue to support James and believe he has truly learned from his mistakes and would never repeat the actions of a young immature man of 18. He spiraled into a dark place, but the arrest and the last two years in jail have broken through the delusion he was under. Before he was a sheltered boy who lost his ability know right from wrong and is now a man who takes responsibility for his actions and is very repentant and regretful for the harm he caused. I know he would never repeat these actions.

I hope James has a long life ahead of him and can find success. James has been imprisoned in a rough place for almost 2 years, but has not let it, at this point, harden him. I fear he may not be able to hold out in such a rough environment at such a young age. I hope he can go to an institution that will allow him to improve himself and even get the counseling he desperately needs. He remains non-violent and is no longer a threat. I truly hope he will have the opportunity for a fulfilling life.

I know James has pleaded guilty to texting to young girls and solicited inappropriate pictures and even meeting with some of them for sexual purposes. These actions were grossly wrong and cannot be condoned. James was also socially isolated by a terrible pandemic at a crucial point of social development so was very immature for his age and sexually addicted. That boy has been forced to grow up, and I truly believe he would never repeat his actions and now poses no threat. With the steadfast support of his family he can continue to grow as a person.

I know James faces a heart-breakingly long potential sentence in jail. I ask sincerely that you invoke whatever leniency you can. I don't want this to be the end of James' future. Anything you can do to help him grow as a person would be greatly appreciated. Truly the plank has been removed from his eyes and he is absolutely remorseful for his crimes.

Sincerely,

Ken Styner

Kenneth Styner