**The Honorable Beryl Howell**
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Howell,

We are writing on behalf of our nephew, James Styner, who is scheduled to appear before you for sentencing. We hope to offer some perspective on James's character based on our lifelong relationship with him.

We are Chris and Debi Styner, and we have owned and operated a real estate brokerage in Temecula, California, since 2011. James has been a beloved part of our lives since his birth. We vividly remember when his parents, Randy and Terri Styner, announced they were expecting while we were out to dinner together in 2003. James was the first grandchild in our family and was welcomed with great joy.

From the beginning, James was a remarkably well-mannered and kind-hearted child. We've shared countless weekends, holidays, and more recently, larger family reunions with him, and he has always been a pleasure to be around.

We've watched James grow with pride, particularly during his time in the Boy Scouts, where he showed enthusiasm and a strong sense of community. After graduating high school, James took the initiative to find employment, demonstrating responsibility and a desire to support himself.

Due to his autism, James has consistently faced challenges with social interaction. The COVID-19 lockdowns, while disruptive for all young people, were particularly difficult for those with disabilities. For James, the isolation and disruption of routine significantly impacted his social development, making it even more difficult to maintain and build the skills that require regular practice and support.

We respectfully ask that you consider James's overall character, including the positive contributions he made as a young man — as a devoted son, a hardworking student, and an active participant in the Boy Scouts of America. We believe James has the potential to learn and grow from this experience. With the support of his family and a structured path toward rehabilitation, we feel strongly that a shorter sentence would better serve his future and society as a whole than a lengthy term of incarceration.

Thank you for your time and consideration. Should you have any questions, we are happy to be contacted at cdstyner@gmail.com.

Respectfully,
**Chris & Debi Styner**