Dear Judge Howell:

I am writing regarding my nephew James Styner who will soon be before you for sentencing. I am Juanita Chickadel, the sister of his mother, Terri Styner. Consequently I have seen him grow from an infant to the young man he is today.

I'm a retired elementary school teacher living in San Francisco, CA. I've studied child evelopment, teaching methods etc. In my 25 years of teaching I've interacted with many children of different temperaments and abilities. I have known James to be a shy, sensitive, helpful person.

As a baby James had a gentle, sweet disposition. When he started public school after being in a small child care setting, he found it much more difficult to control his impulsive behavior. He was diagnosed as having Attention Deficit/HyperactivityDisorder (ADHD) and began taking medication.

With the help of tutors and his parents he's been conscientious about spending the extra time and effort to successfully complete his school work. He's shown the same diligence with his college courses.

Socially James has always been quiet, shy and somewhat immature for his age. His last year and a half of high school was spent at home online for his school work and socializing due to the constraints of COVID. He was often on gaming sites on his free time. The lack of one-on-one interaction with his peers definitely affected the more normal development of his social skills.

Since being incarcerated James has been evaluated as being on the autism spectrum, a disorder characterized by differences and difficulties in social communication and interaction. His feelings of isolation and confusion, combined with his teenage hormonal changes and the incendiary influence of online sites, overwhelmed him. It was the perfect storm leading to his extremely poor choices, resulting in his reckless behavior.

James has had extended time to reflect on his choices, behavior and their resulting consequences. He realizes he needs professional help to better understand and control his feelings and behavior in a more acceptable manner. He is ashamed and immensely sorry for the hurt and pain he has caused for everyone- the girls, their families, his family. He greatly regrets his actions and understands the seriousness of the situation.

James is a kind, caring, helpful young man, 20 years of age. He has spent most of his life up until now as a dedicated Boy Scout member, volunteering for community service along with the hiking, camping and craft- making. He will be going to prison for his transgressions for more than half of his current life span. A sobering and heart-breaking realization.

In your sentencing of James, please show mercy and leniency by a finding for the minimum of years. Please allow him to stay in a facility in California, closer to his family for support and comfort during this difficult time. Also, to receive the professional help and guidance he needs to enable him in his change and growth necessary for attaining the strong foundation into manhood.

Please feel free to contact me for any follow up.

Thank you for your consideration

Juanita Chickadel
3279 20th St
San Francisco, CA 94110
(415) 298-7116
jchickadel@gmail.com