May 30, 2025

The Honorable Beryl Howell
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Howell:

Thank you for allowing me to write concerning James Styner who is scheduled to appear before you for sentencing. I am the great aunt of James. James' father, Randy Styner, is the son of my deceased sister, Charlene Styner.

My husband, James Vanderploeg, M.D., and I live in Colorado. We are now retired after very active professional careers, mostly in Houston, Texas. I was a business owner for over 25 years that provided compliance for companies regarding federal drug and alcohol programs. My specific area of interest was helping airlines and other aviation companies comply with federal regulations. My husband is a physician who specialized in Aerospace Medicine. We have two grown sons and six grandchildren. We've experienced the joys and challenges of parenting and are now observing our sons and our daughters-in-law parent their children.

We have always lived in different parts of the country from Randy, Terri, and James Styner so our visits have been infrequent over the years. I remember meeting James for the first time when he was less than two years old. Over the years, I had the pleasure of seeing him again several times, with the last time at our family reunion in August of 2023. James was always polite, well-mannered, and "present". It was clear that his parents adored him and that he loved and respected his parents. I've learned recently that he has been diagnosed as autistic, within a defined spectrum. My interactions with him did not make me suspect autism. But in retrospect, it would possibly explain his quiet demeanor. I never saw him act out as a child, but he did seem to prefer his electronic devices rather than engage in conversation. It was not something I found unusual but common among children his age.

I feel very close to his father, Randy Styner, and he has given me additional insight into James' personality. At the family reunion in 2023, James was quiet and a bit withdrawn, but again very pleasant to be around. What I did observe, which Randy has verified, is that James is immature for his age and less confident in his social interactions. I am not educated in child psychology, but I do know (having two sons) that a 17-year-old (and older) is not yet mature. That immaturity interferes with making decisions that require good judgment. Lacking good judgment, an immature youth can be lured down a dark path. We often wonder, "what were they thinking." I only know general information on the charges confronting James. I know that the charges were well substantiated, and my heart goes out to James, his family, as well as the victims. I know that he did, indeed, make the decision to

go down this path of inappropriate behavior. Terrible decisions made by an immature 17- and 18-year-old who chose to spend his time in the darkness of online programs. I fear for our young people who have access and get lured into this dark web.

I know that there will be punishment for James for what he did. My fear is that his immaturity, even now at his current age, will cause him to be susceptible to more “hardened” people within the penal system. Although I have not talked to James personally since his arrest, I have no reason to doubt that he has learned from his mistakes and will, with continuing support, grow into a contributing citizen. I sincerely hope that the place of his incarceration can promote that growth rather than destroy this young man who made some terrible mistakes.

One thing that I do know without a doubt, is that James has a wonderful, supportive family. His mother and father have been amazing parents for James. They have been unconditionally supportive of James while he has been in the Washington D.C. jail. They fully realize his immaturity and poor judgment, but they have NOT GIVEN UP on him in the slightest. I hope that James' place of incarceration can be in an area where Randy and Terri can continue to support James. When the time comes, James will not be released into an abyss. He will have his parents, his aunts and uncles, and a host of relatives to provide the support that will be needed.

Mistakes have been made and cannot be undone. That is the terrible part of this whole case. But James has a future beyond those mistakes, those crimes. He is a good person who made terrible mistakes, and it has caused untold hurt for many people. I ask you to consider James' personality traits, his immaturity, and the remorsefulness he has expressed while in the Washington D.C. facility. I ask that as you ponder his sentence you consider how your decisions can provide the help for James to grow into an adult who has learned from his mistakes. An adult who vows to make the world a better place.

Thank you for listening to my thoughts and looking at this case with mercy. I am willing to talk to anyone about the subject of this letter. I can be reached by cell phone at 832-752-7671 or by email at sandyv@imedicon.com.

Sincerely,

Sandra (Sandy) Vanderploeg