Dear Judge Howell,

I am writing concerning James Styner, who is scheduled to appear before you for sentencing. My name is Paulette Borges. I recently retired from my career as a Special Education Paraprofessional. For 37 years I worked closely with young adults with varying disabilities. The school I recently retired from is a career transition center by the name of Willenberg CTC. There we collectively taught very important life skills, appropriate behavior while out in the community, and social/emotional skills, which a great majority of our population of students lack. Our goal is that the education and training they receive will provide our students a safe place to learn, make mistakes, and provide a more seamless transition into the community. In my personal life I am a mother to a Neurodivergent son who has what was formerly called Aspergers' Autism, now called Autism Spectrum Disorder. I have two children, a son Larry and a daughter Kera. I was married for 31 years to my husband Larry until widowed in 2011. In 2013 I began a relationship which I am currently in, with James' mother Terri's nephew, Scott Moores.

From the very first time I met James I observed actions, emotions, and characteristics which reminded me of my son who has Autism Spectrum Disorder. When I met James he was kind and respectful. A good kid with loving and attentive parents. James was sweet from the start. He answered the questions I posed with the intent of getting to know him better, but I noticed he struggled a bit with the back and forth flow in conversation. His answers were quite literal and he didn't seem to have a greater understanding of abstract forms of communication, like sarcasm, idioms, and metaphors. I observed familiar indicators of (in my opinion) Neurodivergence or high functioning Autism Spectrum Disorder. For reference, the label "Neurodivergent" includes people with autism, ADHD, dyslexia, and Tourette's syndrome. James didn't make a lot of eye contact and seemed to shy away from extended social interactions. I noticed a bit of immaturity socially and with regard to his interests. For example, while a lot of young men grow out of their love for Disney and animated entertainment at a certain age, James along with my son shared this common interest past the age where it may still be "socially" acceptable. This was very familiar to me as a mother to a son with high functioning autism. Neurodivergent individuals often find comfort in familiar or nostalgic interests, such as toys or games from their childhood. When other peers notice a disparity between chronological age and the Neurodivergent peers' social/emotional age, the Neurodivergent individual can sometimes isolate to protect themselves from the negative or uncomfortable feelings of not belonging. To the average person who hasn't had many experiences with Neorodivergent people, such as people with autism spectrum disorder, they may not have noticed these sometimes

subtle nuances. To me I instantly felt there were signs that James was like my son, Neourodivergent.

My son, now 41, had a very difficult time in school, especially highschool. Neurodivergent people experience social challenges due to difficulties in maintaining social connections and understanding the intricacies of social interaction. Neurodivergent people while experiencing social challenges in real life also experience challenges on social media. These challenges arise due to difficulties with social cues, communication, and emotional understanding, potentially leading to misunderstandings, cyberbullying, and online rejection. The unstructured nature of social media can be overwhelming, and some Neurodivergent individuals may struggle with privacy and safety online. I myself have seen this first hand while working with this community of students over many years. Like James many of my students have the best intentions of developing typical romantic interactions or relationships but have made mistakes specifically regarding inappropriate social media messaging. I noticed an increased spike in these issues with my students during Covid. Our students, like James, were now isolated. Social interaction is crucial for learning social norms and behaviors, and isolation can hinder this process. My students like James were away from their “normal routine” and thrown quickly into an unfamiliar and unprecedented time. There was a learning curve to this and I even found myself as a “neurotypical” out of my comfort zone when trying to adapt to this new exclusively tech dependent way of socialization. My students will sometimes send inappropriate messages online due to challenges with social communication and understanding social cues. This can manifest in various ways, such as sharing sensitive information without realizing the risks, difficulty interpreting social cues, or not recognizing when their communication is crossing boundaries.

I believe James’s actions, while serious, must be viewed through the lens of his social-emotional development and neurodivergence. Like many young people I’ve worked with, James likely lacked the tools to navigate online interactions safely and appropriately—not out of malice, but due to a developmental disconnect.

We all make mistakes—both neurotypical and neurodivergent individuals alike. What sets neurodivergent individuals apart is often not intent, but understanding. I believe James recognizes the gravity of his actions and deeply regrets them.

I respectfully ask the Court to consider his emotional and developmental maturity when determining sentencing. Accountability is essential, but so is compassion—and the opportunity for growth.

Kindly,
Paulette Borges