The Honorable Beryl Howell,
U.S. District Court Judge
United States District Court for the
District of Columbia
333 Constitution Avenue,NW
Washington DC 20001

May 5, 2025

Judge Howell,

I'm writing concerning James Styner who is scheduled to appear before you for sentencing.

My name is Jennifer Stone, and I am a relative through marriage.
I have lived in Los Angeles, California since 1964.
I have been retired for 2 years, from the Motion Picture Film industry IATSE, local 705 where I worked for over 40 years.
I was married for 41 years to Michael Stone who passed away in December 2017.
I have 2 grown children and 2 grandchildren who live close by.
I am Extremely close to my children.

I have known James since his birth, an only child to loving and doting parents Randy and Terry.
He was brought up in a modest home, where Terry grew up. Always safe and secure.
When James was young we saw him mostly at holidays and birthdays.
Even as a teenager he always accompanied his parents when visiting.
He sat mostly on his gaming devices and didn't speak much.
He was a quiet boy, who was very attached to his parents especially his mom.
Terry being a social worker recognized James struggles when he was young. Whether it was him only eating McDonald's or acting out in school. I remember him having to be on Ritalin at a young age, to help him settle down in school.

I think James is a good person who unfortunately got away from himself, the law and the rules of being an adult.
He grew up in a very respective home and family life, so this happening to him is beyond words to all of us.

I don’t support how he prowled the internet for sexual pleasure with young girls! His crime is serious, one that had become an addiction. James obviously needs a lot of help. I’m not a doctor, but he always seemed very immature and a bit on the spectrum.

I also think that Covid didn’t help, the isolation from school and having to much time on his hands. This is an immature teenager who didn’t even want to go to University as many young adults do, he felt more comfortable staying at home with his parents.

I speak to Randy and Terry often trying to give them support, they are devastated and heart broken that their only child could commit such a crime and be incarcerated for so much of his young life.
I am sure that he is remorseful to his parents and all the victims he has crossed. I do hope that James can receive some kind of therapy while incarcerated.

I ask you Judge Howell for Mercy when sentencing this young man, he needs therapy and guidance not so many years locked up behind bars!! These actions have ruined his life, and If I know James he is crying daily over his actions.

Sincerely Yours,
Jennifer Stone