Jeff Buffington
8455 Lake Ben Avenue
San Diego, CA 92119

May 12, 2025

The Honorable Beryl Howell
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Your Honor,

I am writing to you concerning James Styner, who is scheduled to appear before you for sentencing on or around June 27, 2025.

I know James as the only child of Terri and Randy Styner. I served in the Marine Corps with Randy for many years. We were both tank commanders and deployed together in combat during the Gulf War (1990-91). After our service Randy and I maintained our friendship. We met several times, including at a Styner family reunion in Colorado where I reconnected with Terri and met their young son, James. Randy, Terri, and I also attended our tank company reunions together. A few years ago, I relocated from Denver to San Diego and have visited with Randy and his family more frequently.

I admit that I did not know James very well nor interact with him often. However, as a close friend of the Styner family, I was genuinely shocked by James' arrest. The account shared by Randy of how the arresting agents stormed their house at night, masked and armed, and took James away without any explanation was both astonishing and alarming.

I know first-hand how devastating this experience has been for Randy and Terri. I ask that you show compassion for James in your sentencing decision. As the only son of parents who have strived to raise him well, Randy and Terri have suffered greatly during the nearly three years of James' incarceration. Please consider the time James has already spent confined and show mercy to his parents. Reuniting James with his family as soon as possible would be beneficial for both him and the Styner family.

Sincerely,

Jeff Buffington