The Honorable Beryl Howell
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Dear Honorable Judge Howell,**

My name is Kari Poucher, and I am writing on behalf of James Styner, who is scheduled to appear before you for sentencing. I've known James and his family for many years, beginning when my son attended preschool with him in California. Although my family and I relocated to Dripping Springs, Texas nearly a year ago, we've remained in contact with the Styner family and have continued to value our friendship with them.

Over the years, I have known James to be a polite, quiet, and an intelligent young man. He was always kind and respectful during gatherings, and he seemed particularly adept with computers. Our families shared birthday parties and social events over the years, and I always viewed James as a positive presence among his peers.

We were deeply shocked and saddened to learn of his arrest and the charges he now faces. The behavior described is serious, and I do not seek to diminish its impact. At the same time, I believe it is important to recognize the context in which these actions occurred. The pandemic was an isolating and difficult time, especially for adolescents. With a son the same age, I witnessed firsthand how that period affected mental health, maturity, and decision-making.

I believe James's actions reflect immaturity and a troubling time in his life rather than his true character. I suspect he now fully understands the gravity of his mistakes. From what I know of James and his family, I am confident that he is remorseful and is taking the necessary steps to face the consequences and rebuild.

Your Honor, I respectfully ask you to consider James's potential for rehabilitation, his youth, and the support system around him. While punishment is necessary, I believe mercy and a path forward are also appropriate in this case. James is a young man who made serious mistakes, but he is not beyond hope. He has already paid a heavy price emotionally and socially, and I am confident that he has learned a painful but essential lesson.

If you have any questions, I would be willing to speak further.

Thank you for your time and consideration.

Sincerely,
**Kari Poucher**
Dripping Springs, TX
(512) 894-6401