May 26th, 2025

The Honorable Beryl Howell
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Howell,

I am writing concerning James Styner, who is scheduled to appear before you for sentencing. I have known James since he was 18 months old. Our boys attended preschool/daycare together. At Children's Village in Santa Ana, CA. Over the years, they formed a close friendship that has continued into young adulthood. Even now, they speak with each other nearly daily. I've known James most of his life.

My name is Myom Osman. I live in Corona, CA. I have raised my son out here along with my 3 other kids. I am a full-time mom, and I also work full time. I have worked for the same company for almost 26 years running the HR and Accounting Department. I am very active and involved in my kids' daily lives from volunteering at their school to running around with their extracurricular activities. My oldest son attended UC Berkeley. James and my oldest son are still best friends to this day.

James for the most part, has always been a polite, respectful, and kind. I remember him being a gentle presence at birthday parties, school events, sleep overs, camping trips, and weekend hangouts. My son has always considered James a loyal friend, a good listener, and someone he trusts. Over the years, I've seen how James' challenges with autism and ADHD affected him. He sometimes struggled with focus and social interactions, but he never lashed out or made excuses. He was always thoughtful, and his kindness left a strong impression on me.

When the pandemic hit, like many young people, James became more isolated. I truly believe that played a large role in some of the poor choices he made. That isolation, combined with emotional and mental health struggles, led him down a path that none of us could have imagined. What he did was serious and wrong, and he knows that. I do not condone it, and neither does James.

Since his arrest, I've talked to James several times. I can hear it in his voices he feels ashamed and embarrassed. He knows and understands what he did was so wrong. James has taken full responsibility. He is truly remorseful. Not just regretful but very ashamed of what he did and the people he hurt. He understands the damage he caused, and he has been working hard to face those truths. I believe being arrested, as painful as it was, interrupted a spiral and gave him the chance to reflect and begin healing. He's committed to making sure this never happens again, and I truly believe that with support and supervision, he can live a law-abiding life going forward.

Yes, James engaged in inappropriate and unlawful interactions with underage girls. These are serious offenses. But James is also a young man with the capacity for change and growth. I hope the Court will recognize the context of his actions. His youth, his neurodevelopmental challenges, and the emotional isolation that made things worse. He's not a predator; he is someone who made grave mistakes and who is now determined to never repeat them. I respectfully ask you to show leniency and mercy. Ten years is already a lifetime for someone his age. I don't see what more time beyond that would accomplish, other than additional punishment for someone who has already begun to change.

If you would like to reach me for further information or have any questions, I welcome a call at (714) 864-9626 or email myomosman@gmail.com.

Sincerely,
Myom Osman