The Honorable Beryl Howell

U.S. District Court Judge

United States District Court for the District of Columbia

333 Constitution Avenue, NW

Washington, DC, 20001

Dear Judge Howell,

I am writing about James Styner, who is scheduled to appear before you for sentencing. He is one of my closest friends, and I have known him since I was little, practically growing up with him throughout the years. We've each had our moments and get annoyed with each other at times, but in a way we're essentially brothers – we're family. At the end of the day, we continue to get along and share the best times we can with one another.

My name is Eliyas Khodr-Osman, and I live in Corona, California with my family who have also had the chance to get along with James. Currently, I am still a student, and over the years I have picked up on many life lessons that have shaped me into the man I am today. To be responsible, give kindness, and to not only respect others, but to respect yourself, are all core values that define me as a person.

As I said, I've known James since we were both little and have been by his side throughout both of our lives, so I've gotten to learn a lot about him. He's a good man that cares about the well-being of others. A very social and kind-hearted person that always wants to have the best time he can when with others. There were definitely times when his need to hang out could be a bit overbearing, but nonetheless, it was nice knowing that I had someone I could easily enjoy my time with.

It's clear, though, that this need for interaction has evolved into something no one close to James could've expected. I stand by the fact that his actions are fully deplorable, and James stands by this as well. Since his arrest, I've called him countless times to ensure he's stable while isolated from the world, and throughout those calls, I've since learned that he feels complete regret for his actions. It's something he would never do again, something he is ashamed for and understands the severity of.

Talking to minors in sexual ways is never okay. It is never something I will support. James' actions are simply unthinkable, but given his circumstances throughout the past few years, at the very least I can understand how it led to this point. He may have committed grave acts, but I and everyone else know that there is still a bright future ahead of him if given the chance to make it right. I respectfully hope you will show mercy to James. Ten years is already a lot to lose, but even more so for someone just starting out in adulthood. Any more would be devastating.

If you would like to reach me, my phone number is (714) 886-7297

Regards,
Eliyas Khodr-Osman