From,

Ian Syariff

2576 E Omega Ave

Anaheim, CA 92806

Date: 05/26/2025

To,

The Honorable Beryl Howell

U.S. District Court Judge

United States District Court for the District of Columbia

333 Constitution Avenue, NW Washington, DC 20001

Dear Judge Howell,

I am writing this letter concerning James Styner, who is to appear before you for sentencing. James is a friend of mine from college and has been for almost three years.

I am a friend of James, and I reside in Anaheim, California, work at Target, and live with my parents, sister, and grandparents. I go to school at Cypress College and will soon have my degree in business administration.

I met James in the Fall 2022 semester at Cypress College where I got to know him. He seemed like an honest guy, and he seemed to take his studies well, he had a healthy relationship with his family from what I could tell. He did struggle with his studies, but he tried to understand how to be better. I believe that he was in a bad place for it to come to this. To my knowledge he hasn't gotten help with any issues he may have had through friends or professionals. I don't think he will repeat what he has done after his sentence is served, and I believe with professional help during and after his sentence he can be a productive member of society if he's able to go back to work, he worked at Disney prior to his arrest and he seemed to really enjoy working there.

Since his arrest I have been talking to him over the phone, and he understands why he is there, and he wishes he didn't do it. He wants to be better, and I think he is sincere. He talks about wanting to serve as a firefighter through any available prison programs during his sentence and use that to become a firefighter after his sentence is served if possible, and I think it's good he wants to serve the community during his sentence.

Sincerely,

Ian Syariff