JanMarie Swadling
6538 Reefton Avenue
Cypress, CA 90630
714-404-8707

May 12, 2025

The Honorable Beryl Howell
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Howell,

Thank you in advance for taking time to read what I have to say regarding James Styner. I currently work for my family's small business, but have also worked in education, specializing in communication and coordinating departments for tutors and students with disabilities at Chapman University. I live in Southern California with my husband and two college-aged children. As a volunteer leading and teaching school-aged children, I worked with James Styner off and on from mid-elementary school into high school.

I spent years working with James and other children on projects, teaching them skills, and supervising their activities with one another. I recall James as a good kid, often reserved, pleasant, and very reliably present for activities. He exhibited a quiet, dry sense of humor that routinely made me smile. Due, one assumes, to his AuDHD, he was often distracted, though not mean or rude. He also consistently behaved in a manner younger than his years and his peers- always a bit immature for his age, but endearingly so, evident in his humor and focus. I recall that he participated in nearly every event available that involved community outreach and charity work during the years that I was involved. Those years were interrupted in a dramatic way by the pandemic, when James and many children missed the typical and crucial rites of passage and social instruction to enable them to become excellent, well-socialized, and secure adults. The isolation was noticeably detrimental to James.

James should not have had those interactions with those girls. He knows he should not have had those interactions. I do not support his participation in these criminal acts, nor the choices he made. A penalty is understandable and just. I ask only that you consider showing clemency and mercy to a young person who knows that he has done wrong, and who would appreciate the chance to mature and grow, seek support for his mental health, find strategies for his disabilities, and live a healthy, moral, adult life in accordance with the law.

Sincerely,

JanMarie Swadling