Judge Howell,

I'm writing regarding James Styner, who is scheduled to appear before you for sentencing. I became acquainted with James through the Boy Scouts of America program, Troop 670 - Cypress, California from 2018 through 2022.

My name is John Monaco; I live in Garden Grove California. I work for Southern California Edison as a General Foreman Crew Supervisor in electrical utility construction and maintenance. I'm married with two children of my own who are currently 17 & 18. My son was in scouting with Troop 670 from 2018 through 2024 and achieved the rank of Eagle Scout. He is currently enrolled in college studying Aerospace Engineering. My daughter is a senior in high school and has aspirations of studying law. My wife also works for Southern California Edison as a Utility Drafter and Designer. We have been married for 20 years. I am still involved with Troop 670 as merit badge counselor, Eagle Scout advisor, and board member for the troop.

I came to know James through the scouting program and interacting with him at our weekly troop meetings, camp outs, fundraising events, and community volunteer work. That being said, my interactions with James were limited to merit badge advice, check-ins on rank advancement progress, troop campouts, or passing conversations about responsibilities in the troop and patrol activity involvement. I thoroughly enjoyed advising on his Eagle Scout project, which was essentially a number of first aid kits to be put in several locations on a University of California, Irvine campsite to assist a severely injured person until proper medical attention arrived. It was called "Stop the Bleed." Not the standard, heavy, demanding, construction type of project we had come to see in the past, as, at that time we were still dealing with the lasting effects of Covid-19 restrictions, but a noble one nonetheless. He brought in trainers for the troop to learn how to administer emergency first aid for critical situations, answering questions and assisting in the training of our members. He also supervised building the first aid kits along with building a commemorative bench.

I have had no interaction with James since he completed his scouting career sometime at the end of 2022. However, during the time we were involved in scouting together, he was always very respectful and never created any trouble or issues within the troop to the best of my knowledge. I viewed him as a nice young man who was quiet and kept to himself. I found James to be one of those types of people who didn't quite know where he fit in at times and was somewhat distant or awkward when put in social interactions. I viewed his level of maturity to be lower than the other boys his age in our troop; not in the sense of acting out but more in the way he interacted with everyone around him. Even with all the experience that the troop had to offer these boys in teamwork and the high expectation of responsibility, he did not exhibit any real drive or

purpose, and almost no real life decision making skills. My experiences with him during this time gave me the impression that he would struggle in adult life without his father's guidance and family support. From my perspective, his social capacity and decision making seemed unbalanced by these personality traits.

In conclusion, it's my opinion from the information I have been provided about James' case, that James made very bad decisions without ever grasping or understanding the true consequences legally and personally or the effects it would have on all parties involved.

This young man, with almost no real life experience, would benefit more from educated rehabilitation along with possible mental health care evaluations. The offenses that were committed are not to be taken lightly and accountability to the victims is paramount, but the punishment possibilities seem extreme in his case. More lives are destroyed then rebuilt with extended incarceration. It is my true intention with this letter to give insight on James' disposition as I viewed him during the time we interacted and to demonstrate that leniency in sentencing may be the one true answer in this particular situation.

Sincerely,

John Monaco

John Monaco
12731 Chase St.
Garden Grove Ca. 92845

SANTA ANA CA 926
21 MAY 2025 PM 7 L




The Honorable Beryl Howell
U.S District Court Judge
United States District Court
for the District of Columbia
333 Constitution Ave, NW
Washington DC 20001

RECEIVED
Mailroom
MAY 27 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

20001-283700