CHARLES R DENHAM MD

April 30, 2025

The Honorable Beryl Howell
U.S. District Court Judge
United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**RE:** James Styner
**Delivery:** By Attorney ed@ungvarskylaw.com

Dear Judge Howell:

The purpose of this letter is to make my heartfelt request to consider James as a young man who has absolutely learned his lesson and knows he made terrible mistakes. That he has a support team of many of us who are going to do everything in our power to keep him on the right road. My thoughts are organized as follows:

**Our Relationship**
**My Physician's & Safety Perspective**
**James Styner the Youth and Now the Man**
**Since His Arrest**

## Our Relationship

- **Community Service Partner:** James, his Dad and his scout team worked tirelessly to teach bystander rescue care in the Orange County community. In fact, James and his family did more to reach more people than any of the hundreds of people who we have worked with since we founded the Bystander Rescue Care Program in 2015. Not once did I ever see James act disrespectfully or behave in an improper way.
- **Scout Advisor:** As a scout leader and trainer in the Orange County community, I had the honor of working with James and other Eagle Scouts on many projects. James behaved in a manner that reflected good character. Believe me, as a football coach, scout leader, and team doctor; I saw a lot of bad behavior and could see it coming a mile away.
- **Family Friend:** As a family friend, I've had the honor and pleasure of working with James dad Mr. Randy Styner. Randy has been a terrific leader in our community and scouting in the area of emerging threats to youth and has been a terrific emergency response leader at the University of California Irvine. He has provided enormous support to so many of our youth in the community and James has watched him. His Dad is a great role model. As their family friend through this tragedy, I've seen Randy and James behave in the manner that I would expect. They have shouldered this challenge with courage, hope, and a belief that they can be better people for it. James is continually reading and learning from history and faith-based books that we send him. I feel certain his voracious reading of such works will guide him in the future.

## My Physician's & Safety Perspective

- **Online Harm & Traps:** I have been a physician and biomedical systems engineer for more than 40 years. My field is failure to rescue. As such I have produced and developed programs addressing online harm to children and youth. Our digital natives like James are lured into pornography and fantasy crime behaviors EVERY TIME they log into social media. The isolation and tendencies to do what James did are clearly evident in work by Jonathan Haidt, the author of *The Anxious Generation* and others. However, this is no excuse for James behavior. I do have an appreciation for the threats to youth and young adults as I have a 19 year old son who could have easily fallen into the traps James did. I pray daily he won't. The threats to our youth are huge. I admire James and his Dad so much for wanting to use their story to help others. They could just hide. But they won't.

- **Autism Diagnosis:** James' undiagnosed autism is no surprise to any of us who know him. His communication difficulties and socialization issues were obvious. As someone who has severe dyslexia and dysgraphia who was never diagnosed until after I was a fully trained specialist, I can relate. I just had to try to learn through brut force of will. I bet if I had been in James' shoes and an isolated youth during COVID, I could have easily followed the same path. And you might have been sentencing me years ago when I was his age. Please consider his illness not as an excuse for James, but as a newly understood mitigating factor that should guide all of us to help him get the right therapy and guidance as soon as he is out of prison. This is why my prayer is that you will make his time in prison as short as possible so that he can get the right help.
- **Extraordinary COVID Circumstances:** James was in the center of a perfect storm – as a youth with autism, constant temptations of companies using the internet to appeal to his most primal drives, and the tremendous stress of isolation; he was the ideal target for the negative forces in our society to derail his future. I have no excuses for his behavior, nor does he, or his parents. However, our society owes our youth a chance at a better future. One without predators role modeling behaviors on video that our youth may mirror.

### James Styner the Youth - Now the Man

- **Addicted Youth:** James has all the signs of an addicted youth to pornography and sexually addictive behaviors. His autism and the COVID isolation was a perfect set up. That is not to say he's not responsible for everything he did. He fell prey to what all of the experts are saying that the social media companies are trying to promote. They have a dual race to the bottom. The race to the bottom of the brain stem by appealing to our most primal instincts with sexual enticements. And driving content to younger and younger children so that they can lock them down for the future. It is all about the "engagement factor" which is the metric that drives social media compensation. Now that James has been diagnosed with this addiction and autism, his family and support system can engage to keep him from relapsing. Extra time isolated in jail will only make him more likely to fall in the future. Fortunately, James has parents, friends, and support systems that are far more equipped to help than most people you may see in court. Recidivism is not going to be an option for James and his family
- **An Accountable Man:** When James started making mistakes, he was a child. He was a minor and his autism and the isolation of COVID made him even more immature. Now as a man, he owns his fate. He acknowledges his failures and blames no one else**.** He is 100% accountable and guilty on all counts.

### Since His Arrest

- **Maturity:** From what we know about his tenure in prison these many months, James has matured. The autism carries with it a lack of maturity encumbers growth, however his reading and consideration of his failings and awareness of the impact his behavior can have on others has occurred.
- **Growth:** James is now a man who desires to help others keep from making the mistakes he did. I believe we can count this as growth. I also believe there are a number of us who will support his future mission to help prevent youth from making the bad choices he did.

As a retired cancer doctor, I believe the old adage "there are no atheists in foxholes". James and all of his friends and family are in a foxhole battling for his future life. We are praying for your mercy.

I believe in prison and being accountable, however I also understand diminishing returns. James has been in prison, at physical risk, and has had a lot of time to review his mistakes. I do not believe that James is of any threat to society now.

I respectfully request that when you sentence him, you consider his full life in context and give him an opportunity to join society back with all of us who want to help him stay on the right road and even turn his tragedy into triumph.

Thank you for reading my letter. My family and I are praying for James, his family, and you every morning.

Sincerely,

Charles R Denham

Charles Denham MD