# The Salvation Army

*Southern California Division*

William Booth
*Founder*

Lyndon Buckingham
*General*

Kenneth G. Hodder
*National Commander*

Douglas Riley
*Territorial Commander*

Michael Dickinson
*Divisional Commander*

**Tammy Leonards**
Assistant Scoutmaster
Boy Scouts of America Troop 670 Cypress
7248 Penn Way Stanton, Ca. 90680
Tammyleonards@gmail.com
714 267-7108

**Date:** 5/21/2025

**The Honorable Beryl Howell**
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**To The Honorable Judge Beryl Howell,**

I am writing this letter in support of James Styner, whom I had the privilege of mentoring and working closely with during his time in the Boy Scouts of America from May 2015 until he earned the rank of Eagle Scout on November 8, 2022. My perspective is grounded in years of direct engagement with James in a youth leadership capacity, as well as my current professional experience in the social services field.

James joined our troop as a young adolescent who clearly displayed signs of being neurodivergent. He often struggled with focus, social maturity, and impulsivity—traits commonly associated with autism spectrum behaviors. Despite these challenges, James responded exceptionally well to consistent structure, adult guidance, and the value-driven framework of Scouting. He was respectful, cooperative, and kind toward both peers and adults. His steady commitment to the principles of Scouting, supported by a strong family foundation, ultimately led him to achieve the rank of Eagle Scout—a significant milestone that represents years of leadership, community service, and personal growth.

Your Honor, I would like to share a personal story that speaks to James's character. In the summer of 2016, during an overnight Boy Scout summer camp, 12-year-old James was asked to mentor a first-year Scout named Hayden, who was just 10 at the time. For many younger boys, their first overnight camp can be a mix of excitement and anxiety. James, however, showed remarkable patience and empathy. He guided Hayden through routines, offered reassurance when the experience felt overwhelming, and ensured he felt included and safe. Whether helping him set up a tent or walking with him to meals, James provided quiet, consistent support. By the end of the week, Hayden *was thriving* thanks in large part to James's encouragement and care.

The attached photo, taken in July 2016, captures a quiet but powerful moment between the two of them. It not only reflects the physical difference in their ages and sizes but also highlights the emotional immaturity James still carried at the time, something that remained a defining characteristic through much of his adolescence.

In my current role as Program Manager at The Salvation Army Center of Hope in Orange County, I work closely with individuals and families affected by trauma, systemic injustice, and deep-seated community challenges. I have seen firsthand the transformative power of restorative justice and the

***The Salvation Army***

*Southern California Division*

rehabilitative process it offers—not only for perpetrators, but for victims and their families. I firmly believe that healing, accountability, and growth can coexist when rehabilitation is prioritized as a foundational element of justice, especially for individuals with neurodevelopmental challenges like James.

I fully acknowledge the seriousness of the charges James is facing. These are painful offenses that must be addressed with clarity and compassion for everyone impacted. At the same time, based on my long-term knowledge of James, his developmental profile, his history of thriving within structured, values-based systems, and his continued family support, I believe he is capable of rehabilitation and positive transformation.

I do not excuse his actions. Rather, I support an approach that recognizes both accountability and the potential for change. I respectfully ask that these factors be considered during the sentencing and rehabilitative planning for James Styner.

Sincerely,

*Tammy Leonards*

Program Manager, PSH Program
The Salvation Army Center of Hope
Orange County, California
Tammy.leonards@usw.salvationarmy.org

