Dear Judge Howell,

After reading the victim impact statements I felt even deeper the everlasting damage my actions had on the victims and their families. It must have been very diffvcult to pour their pain and sorrow into these letters, but it was extremely importont for me to read them. I hope that them submitting their letters helps them heal from the harm I've caused. Reading these letters will also help me change and grow because hearing it from them directly helps me understand even more the grave problems of my behavior and it's permenent consiquences on them and their families. This will help me grow to the person I want to become, someone that is able to have supportive relationships with others. I understand that this letter doesn't change what I did, but I am truely sorry to the victim and their families.

Sincerely,

James Styner