**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:24-cr-00171-BAH-1** |
| | : | |
| **JAMES STYNER,** | : | |
| | : | |
| **Defendant.** | : | |

**FINAL ORDER OF FORFEITURE**

***WHEREAS,*** on April 8, 2024, Defendant was charged by Information with Coercion and Enticement, in violation of Title 18, United States Code, Section 2422(b) and Distribution of Child Pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1);

***WHEREAS,*** On March 28, 2025, Defendant entered a plea of guilty to one count of Coercion and Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b), one count of Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), and three counts of Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), which the Court accepted on the same date. Within the expressed terms of the written plea agreement, the defendant consented to forfeiture of

- 1B1 – Blue color iPhone with blue Otterbox case (WCPD Item #4) containing Verizon 5g SIM Card #89148 00000 82636 62847 and IMEI 354551509991091
- 1B3 – 2 Flash drives (UCI and Total Solution)
- 1B4 – Lenovo Laptop silver, serial #PF3SZYZS
- 1B5 – Apple iPad silver, serial #F6QX6029HP50
- 1B6 – Apple iPad silver, serial #DYTJH4WTDFHW

***WHEREAS,*** within the express terms of the written plea agreement the defendant agreed to forfeit the following property, namely

- 1B1 – Blue color iPhone with blue Otterbox case (WCPD Item #4) containing Verizon 5g SIM Card #89148 00000 82636 62847 and IMEI 354551509991091
- 1B3 – 2 Flash drives (UCI and Total Solution)
- 1B4 – Lenovo Laptop silver, serial #PF3SZYZS
- 1B5 – Apple iPad silver, serial #F6QX6029HP50
- 1B6 – Apple iPad silver, serial #DYTJH4WTDFHW

***WHEREAS,*** on September 12, 2025, this Court entered a Consent Order of Forfeiture forfeiting to the United States, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count One and Count Two of the Indictment. The Court declared the following specific property forfeited to the United States –


- 1B1 – Blue color iPhone with blue Otterbox case (WCPD Item #4) containing Verizon 5g SIM Card #89148 00000 82636 62847 and IMEI 354551509991091
- 1B3 – 2 Flash drives (UCI and Total Solution)
- 1B4 – Lenovo Laptop silver, serial #PF3SZYZS
- 1B5 – Apple iPad silver, serial #F6QX6029HP50
- 1B6 – Apple iPad silver, serial #DYTJH4WTDFHW


*See* Consent Order of Forfeiture, ECF No. 70.

***WHEREAS,*** the United States published notice of this forfeiture action on an official government website (www.forfeiture.gov) for 30 consecutive days and the intention of the United States to dispose of the property in accordance with the law and as specified in the Consent Order of Forfeiture. The United States further provided direct notice to all third parties, if any, of their right to petition the Court within 30 days for a hearing to adjudicate the validity of their legal interest in the property, all as required by Federal Rule of Criminal Procedure 32.2(b)(6). *See* Declaration of Publication, ECF No. 73. No petitions asserting an interest in the forfeited property have been filed and the time for doing so has expired.

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:***

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 2428:

- 1B1 – Blue color iPhone with blue Otterbox case (WCPD Item #4) containing Verizon 5g SIM Card #89148 00000 82636 62847 and IMEI 354551509991091
- 1B3 – 2 Flash drives (UCI and Total Solution)
- 1B4 – Lenovo Laptop silver, serial #PF3SZYZS
- 1B5 – Apple iPad silver, serial #F6QX6029HP50
- 1B6 – Apple iPad silver, serial #DYTJH4WTDFHW

2. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is final as to the defendant and shall be made part of the sentence and included in the judgment.

4. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

5. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Date: August 3, 2026.

Beryl A. Howell

**BERYL A. HOWELL**
UNITED STATES DISTRICT JUDGE